**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**

In re:  TRUJILLO, ELIAS                    §    Case No. 16-08532CAD
                                           §
                                           §
                                           §
                  Debtor(s)

---

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on 03/11/2016. The undersigned trustee was appointed on 03/11/0016.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized the gross receipts of        $        65,000.00

        Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 0.00 |
| Bank service fees | 0.00 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1]        $ | 65,000.00 |

The remaining funds are available for distribution.

---

[1]The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 09/14/2016 and the deadline for filing governmental claims was 09/07/2016. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $6,500.00. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $6,500.00, for a total compensation of $6,500.00[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $36.64 for total expenses of $36.64[2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 12/13/2016                    By: /s/ Deborah Ebner
                                          Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

_____
[2]If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit A

Page: 1

**Case No.:** 16-08532CAD

**Case Name:** TRUJILLO, ELIAS

**For Period Ending:** 12/13/2016

**Trustee Name:** (330480) Deborah Ebner

**Date Filed (f) or Converted (c):** 03/11/2016 (f)

**§ 341(a) Meeting Date:** 04/20/2016

**Claims Bar Date:** 09/14/2016

| 1 Asset Description (Scheduled And Unscheduled (u) Property) Ref. # | 2 Petition/ Unscheduled Values | 3 Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | 4 Property Formally Abandoned OA=§554(a) abandon. | 5 Sale/Funds Received by the Estate | 6 Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| 1   Ford Focus 2014 45000. Entire property value: $14000 | 14,000.00 | 0.00 | | 0.00 | FA |
| 2   Three rooms of used furniture, various ages | 100.00 | 0.00 | | 0.00 | FA |
| 3   used tV, I-pad, cellphone | 200.00 | 0.00 | | 0.00 | FA |
| 4   Necessary clothes, shoes | 150.00 | 0.00 | | 0.00 | FA |
| 5   Cash | 50.00 | 0.00 | | 0.00 | FA |
| 6   Deposits of money: Bank of America | 200.00 | 0.00 | | 0.00 | FA |
| 7   worker's compensation claim (nonexempt portion) | 217,670.60 | 65,000.00 | | 65,000.00 | FA |
| **7   Assets      Totals**      (Excluding unknown values) | **$232,370.60** | **$65,000.00** | | **$65,000.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

12/13/16 TFR prepared; claims reviewed and updated

The 341 case was first held June 23, 2016, and was not declared an asset case until afterwards. Accordingly, it was carried as a "no asset" case until after the reporting period. Nonetheless,  Trustee joined with certain creditors and objected to the Debtor's claim of exemption. The objection is subject to a settlement that will be heard October 2016. By virtue of the objection and the settlement, presuming that it is approved, an estate has been created, and a final report is projected for December 31, 2016.

**Initial Projected Date Of Final Report (TFR):**      12/31/2016      **Current Projected Date Of Final Report (TFR):**      12/13/2016 (Actual)

UST Form 101-7-TFR (5/1/2011)

## Form 2

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case No.:** | 16-08532CAD |
| **Case Name:** | TRUJILLO, ELIAS |
| **Taxpayer ID #:** | |
| **For Period Ending:** | 12/13/2016 |

| | |
|---|---|
| **Trustee Name:** | Deborah Ebner (330480) |
| **Bank Name:** | Rabobank, N.A. |
| **Account #:** | ******9500 Checking |
| **Blanket Bond (per case limit):** | $5,000,000.00 |
| **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 12/09/2016 | {7} | Law Offices of Patrick A Tallon, Ltd | Receipt of Court approved settlement of claim objections | 1149-000 | 65,000.00 | | 65,000.00 |
| | | **COLUMN TOTALS** | | | 65,000.00 | 0.00 | $65,000.00 |
| | | Less: Bank Transfers/CDs | | | 0.00 | 0.00 | |
| | | **Subtotal** | | | 65,000.00 | 0.00 | |
| | | Less: Payments to Debtors | | | | 0.00 | |
| | | **NET Receipts / Disbursements** | | | **$65,000.00** | **$0.00** | |

## Form 2

## Cash Receipts And Disbursements Record

| | | | |
|---|---|---|---|
| **Case No.:** | 16-08532CAD | **Trustee Name:** | Deborah Ebner (330480) |
| **Case Name:** | TRUJILLO, ELIAS | **Bank Name:** | Rabobank, N.A. |
| **Taxpayer ID #:** | | **Account #:** | ******9500 Checking |
| **For Period Ending:** | 12/13/2016 | **Blanket Bond (per case limit):** | $5,000,000.00 |
| | | **Separate Bond (if applicable):** | N/A |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---|---|---|
| ******9500 Checking | $65,000.00 | $0.00 | $65,000.00 |
| | **$65,000.00** | **$0.00** | **$65,000.00** |

**UST Form 101-7-TFR (5/1/2011)**

Printed:  12/13/2016 4:33 PM

Page:  1

# Exhibit C

## Claims Proposed Distribution Register

### Case: 16-08532CAD TRUJILLO, ELIAS

**Case Balance:**  $65,000.00          **Total Proposed Payment:**  $65,000.00          **Remaining Balance:**  $0.00

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---------|---------------|------|-------------:|---------------:|-------------:|--------------:|-----------------:|----------------:|
| D0 | Westlake Financial Services | Secured | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $65,000.00 |
| | Deborah Ebner | Admin Ch. 7 | $6,500.00 | $6,500.00 | $0.00 | $6,500.00 | $6,500.00 | $58,500.00 |
| | <2100-00 Trustee Compensation> | | | | | | | |
| | Deborah Ebner | Admin Ch. 7 | $36.64 | $36.64 | $0.00 | $36.64 | $36.64 | $58,463.36 |
| | <2200-00 Trustee Expenses> | | | | | | | |
| | Law Office of Deborah Kanner Ebner | Admin Ch. 7 | $5,287.50 | $5,287.50 | $0.00 | $5,287.50 | $5,287.50 | $53,175.86 |
| | <3110-00 Attorney for Trustee Fees (Trustee Firm)> | | | | | | | |
| | **Claim Memo:**    attorney for trustee fees | | | | | | | |
| 1 | Marque Medicos Fullerton, LLC | Unsecured | $8,848.08 | $0.00 | $0.00 | $0.00 | $0.00 | $53,175.86 |
| | **Claim Memo:**    amended see claim 1-2 | | | | | | | |
| 1-2 | Marque Medicos Fullerton, LLC | Unsecured | $23,122.08 | $23,122.08 | $0.00 | $23,122.08 | $7,571.40 | $45,604.46 |
| | **Claim Memo:**    gen unsec medical claim | | | | | | | |
| 2 | Ambulatory Surgical Care Facility, LLC | Unsecured | $44,355.74 | $0.00 | $0.00 | $0.00 | $0.00 | $45,604.46 |
| | **Claim Memo:**    claim amended - see claim 2-2 | | | | | | | |
| 2-3 | Ambulatory Surgical Care Facility, LLC | Unsecured | $121,202.58 | $121,202.58 | $0.00 | $121,202.58 | $39,688.13 | $5,916.33 |
| | **Claim Memo:**    amended claim; gen unsec claim medical services rendered | | | | | | | |

Printed:   12/13/2016 4:33 PM

Page:  2

## Exhibit C

## Claims Proposed Distribution Register

### Case: 16-08532CAD TRUJILLO, ELIAS

**Case Balance:**   $65,000.00      **Total Proposed Payment:**   $65,000.00      **Remaining Balance:**   $0.00

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---------|---------------|------|-------------|----------------|--------------|---------------|------------------|-----------------|
| 3 | Medicos Pain & Surgical Specialists, SC | Unsecured | $5,526.58 | $0.00 | $0.00 | $0.00 | $0.00 | $5,916.33 |
| | **Claim Memo:**   claim amended see claim 3-2 | | | | | | | |
| 3-2 | Medicos Pain & Surgical Specialists, SC | Unsecured | $18,067.74 | $18,067.74 | $0.00 | $18,067.74 | $5,916.33 | $0.00 |
| | **Claim Memo:**   amended claim gen unsec claim medical services rendered | | | | | | | |

Printed:    12/13/2016 2:33 PM

**Exhibit C**

**Claims Proposed Distribution Register**

**Case: 16-08532CAD TRUJILLO, ELIAS**

| Case Balance: | $65,000.00 | Total Proposed Payment: | $65,000.00 | Remaining Balance: | $0.00 |

| Claim # | Claimant Name | Type | Percent | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---------|---------------|------|---------|--------------|----------------|--------------|---------------|------------------|-----------------|
| | **Total for Case:** | **16-08532CAD** | | $232,946.94 | $174,216.54 | $0.00 | $174,216.54 | $65,000.00 | |

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 16-08532CAD
Case Name: ELIAS TRUJILLO
Trustee Name: Deborah Ebner

**Balance on hand:**   $ _____ 65,000.00

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|-----------|----------|---------------|-------------------------|--------------------------|------------------|
| None |  |  |  |  |  |

Total to be paid to secured creditors:   $   0.00
Remaining balance:   $   65,000.00

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|------------------|-----------------|--------------------------|------------------|
| Trustee, Fees - Deborah Ebner | 6,500.00 | 0.00 | 6,500.00 |
| Trustee, Expenses - Deborah Ebner | 36.64 | 0.00 | 36.64 |
| Attorney for Trustee Fees - Law Office of Deborah Kanner Ebner | 5,287.50 | 0.00 | 5,287.50 |

Total to be paid for chapter 7 administrative expenses:   $   11,824.14
Remaining balance:   $   53,175.86

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments | Proposed Payment |
|------------------|-----------------|------------------|------------------|
| None |  |  |  |

Total to be paid for prior chapter administrative expenses:   $   0.00
Remaining balance:   $   53,175.86

UST Form 101-7-TFR(5/1/2011)

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for priority claims: | $ | 0.00 |
| Remaining balance: | $ | 53,175.86 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $162,392.40 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 32.7 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Marque Medicos Fullerton, LLC | 0.00 | 0.00 | 0.00 |
| 1-2 | Marque Medicos Fullerton, LLC | 23,122.08 | 0.00 | 7,571.40 |
| 2 | Ambulatory Surgical Care Facility, LLC | 0.00 | 0.00 | 0.00 |
| 2-3 | Ambulatory Surgical Care Facility, LLC | 121,202.58 | 0.00 | 39,688.13 |
| 3 | Medicos Pain & Surgical Specialists, SC | 0.00 | 0.00 | 0.00 |
| 3-2 | Medicos Pain & Surgical Specialists, SC | 18,067.74 | 0.00 | 5,916.33 |

| | | |
|---|---|---|
| Total to be paid for timely general unsecured claims: | $ | 53,175.86 |
| Remaining balance: | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for tardily filed general unsecured claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|-----------|----------|------------------------:|-------------------------:|-----------------:|
| None |

Total to be paid for subordinated claims: $ _____ 0.00

Remaining balance: $ _____ 0.00

**UST Form 101-7-TFR(5/1/2011)**