**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division DIVISION**

In re: TRUJILLO, ELIAS § Case No. 16-08532CAD
§
§
§
Debtor(s)

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

Deborah Ebner, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | |
|---|---|---|
| Assets Abandoned: $14,700.00 *(without deducting any secured claims)* | | Assets Exempt: $130,500.00 |
| Total Distributions to Claimants: $53,175.86 | | Claims Discharged Without Payment: $271,608.94 |
| Total Expenses of Administration: $11,824.14 | | |

3) Total gross receipts of $65,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $65,000.00 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR ( 10 /1/2010)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $14,654.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: |  |  |  |  |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | $0.00 | $11,824.14 | $11,824.14 | $11,824.14 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $0.00 | $383,515.20 | $324,784.80 | $53,175.86 |
| **TOTAL DISBURSEMENTS** | $14,654.00 | $395,339.34 | $336,608.94 | $65,000.00 |

4) This case was originally filed under chapter 7 on 03/11/2016. The case was pending for 12 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:   02/28/2017               By: /s/ Deborah  Ebner
                                         Trustee

**STATEMENT** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-TDR ( 10 /1/2010)

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| worker's compensation claim (nonexempt portion) | 1149-000 | $65,000.00 |
| TOTAL GROSS RECEIPTS | | $65,000.00 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| None | | | |

### EXHIBIT 3 - SECURED CLAIMS

| Claim NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| N/F | Westlake Financial Services | 4110-000 | $14,654.00 | NA | NA | NA |
| | TOTAL SECURED | | $14,654.00 | $0.00 | $0.00 | $0.00 |

UST Form 101-7-TDR ( 10 /1/2010)

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee, Fees - Deborah Ebner | 2100-000 | NA | $6,500.00 | $6,500.00 | $6,500.00 |
| Trustee, Expenses - Deborah Ebner | 2200-000 | NA | $36.64 | $36.64 | $36.64 |
| Attorney for Trustee Fees - Law Office of Deborah Kanner Ebner | 3110-000 | NA | $5,287.50 | $5,287.50 | $5,287.50 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | **$11,824.14** | **$11,824.14** | **$11,824.14** |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |

UST Form 101-7-TDR ( 10 /1/2010)

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Marque Medicos Fullerton, LLC | 7100-000 | NA | $8,848.08 | $0.00 | $0.00 |
| 1-3 | Marque Medicos Fullerton, LLC | 7100-000 | NA | $23,122.08 | $23,122.08 | $0.00 |
| 1-2 | Marque Medicos Fullerton, LLC | 7100-000 | NA | $23,122.08 | $23,122.08 | $7,571.40 |
| 2-3 | Ambulatory Surgical Care Facility, LLC | 7100-000 | NA | $121,202.58 | $121,202.58 | $39,688.13 |
| 2-4 | Ambulatory Surgical Care Facility, LLC | 7100-000 | NA | $121,202.58 | $121,202.58 | $0.00 |
| 2 | Ambulatory Surgical Care Facility, LLC | 7100-000 | NA | $44,355.74 | $0.00 | $0.00 |
| 3-2 | Medicos Pain & Surgical Specialists, SC | 7100-000 | NA | $18,067.74 | $18,067.74 | $5,916.33 |
| 3-3 | Medicos Pain & Surgical Specialists, SC | 7100-000 | NA | $18,067.74 | $18,067.74 | $0.00 |
| 3 | Medicos Pain & Surgical Specialists, SC | 7100-000 | NA | $5,526.58 | $0.00 | $0.00 |
| | **TOTAL GENERAL UNSECURED CLAIMS** | | **$0.00** | **$383,515.20** | **$324,784.80** | **$53,175.86** |

|  | Form 1 | Exhibit 8 |
|---|---|---|
|  | **Individual Estate Property Record and Report** | Page: 1 |
|  | **Asset Cases** |  |

**Case No.:** 16-08532CAD  
**Case Name:** TRUJILLO, ELIAS  
**For Period Ending:** 02/28/2017

**Trustee Name:** (330480) Deborah Ebner  
**Date Filed (f) or Converted (c):** 03/11/2016 (f)  
**§ 341(a) Meeting Date:** 04/20/2016  
**Claims Bar Date:** 09/14/2016

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Ford Focus 2014 45000. Entire property value: $14000 | 14,000.00 | 0.00 |  | 0.00 | FA |
| 2 | Three rooms of used furniture, various ages | 100.00 | 0.00 |  | 0.00 | FA |
| 3 | used tV, I-pad, cellphone | 200.00 | 0.00 |  | 0.00 | FA |
| 4 | Necessary clothes, shoes | 150.00 | 0.00 |  | 0.00 | FA |
| 5 | Cash | 50.00 | 0.00 |  | 0.00 | FA |
| 6 | Deposits of money: Bank of America | 200.00 | 0.00 |  | 0.00 | FA |
| 7 | worker's compensation claim (nonexempt portion) | 217,670.60 | 65,000.00 |  | 65,000.00 | FA |
| 7 | **Assets     Totals**   (Excluding unknown values) | **$232,370.60** | **$65,000.00** |  | **$65,000.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

12/13/16 TFR prepared; claims reviewed and updated

The 341 case was first held June 23, 2016, and was not declared an asset case until afterwards. Accordingly, it was carried as a "no asset" case until after the reporting period. Nonetheless, Trustee joined with certain creditors and objected to the Debtor's claim of exemption. The objection is subject to a settlement that will be heard October 2016. By virtue of the objection and the settlement, presuming that it is approved, an estate has been created, and a final report is projected for December 31, 2016.

**Initial Projected Date Of Final Report (TFR):**          **Current Projected Date Of Final Report (TFR):**     01/10/2017 (Actual)

UST Form 101-7-TDR ( 10 /1/2010)

Exhibit 9
Page: 1

# Form 2

## Cash Receipts And Disbursements Record

| Case No.: | 16-08532CAD | Trustee Name: | Deborah Ebner (330480) |
|---|---|---|---|
| Case Name: | TRUJILLO, ELIAS | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***9773 | Account #: | ******9500 Checking |
| For Period Ending: | 02/28/2017 | Blanket Bond (per case limit): | $5,000,000.00 |
|  |  | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 12/09/2016 | {7} | Law Offices of Patrick A Tallon, Ltd | Receipt of Court approved settlement of claim objections | 1149-000 | 65,000.00 |  | 65,000.00 |
| 02/08/2017 | 101 | Deborah Ebner | Distribution payment - Dividend paid at 100.00% of $6,500.00; Claim # FEE; Filed: $6,500.00 | 2100-000 |  | 6,500.00 | 58,500.00 |
| 02/08/2017 | 102 | Deborah Ebner | Distribution payment - Dividend paid at 100.00% of $36.64; Claim # TE; Filed: $36.64 Voided on 02/08/2017 | 2200-000 |  | 36.64 | 58,463.36 |
| 02/08/2017 | 102 | Deborah Ebner | Distribution payment - Dividend paid at 100.00% of $36.64; Claim # TE; Filed: $36.64 Voided: check issued on 02/08/2017 | 2200-000 |  | -36.64 | 58,500.00 |
| 02/08/2017 | 103 | Law Office of Deborah Kanner Ebner | Distribution payment - Dividend paid at 100.00% of $5,287.50; Claim # ; Filed: $5,287.50 | 3110-000 |  | 5,287.50 | 53,212.50 |
| 02/08/2017 | 104 | Marque Medicos Fullerton, LLC | Distribution payment - Dividend paid at 32.75% of $23,122.08; Claim # 1-2; Filed: $23,122.08 | 7100-000 |  | 7,571.40 | 45,641.10 |

{ } Asset Reference(s)       UST Form 101-7-TDR ( 10 /1/2010)                                    ! - transaction has not been cleared

Exhibit 9
Page: 2

# Form 2

## Cash Receipts And Disbursements Record

| Case No.: | 16-08532CAD | Trustee Name: | Deborah Ebner (330480) |
|---|---|---|---|
| Case Name: | TRUJILLO, ELIAS | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***9773 | Account #: | ******9500 Checking |
| For Period Ending: | 02/28/2017 | Blanket Bond (per case limit): | $5,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 02/08/2017 | 105 | Ambulatory Surgical Care Facility, LLC | Distribution payment - Dividend paid at 32.75% of $121,202.58; Claim # 2-3; Filed: $121,202.58 Voided on 02/08/2017 | 7100-000 | | 39,688.13 | 5,952.97 |
| 02/08/2017 | 105 | Ambulatory Surgical Care Facility, LLC | Distribution payment - Dividend paid at 32.75% of $121,202.58; Claim # 2-3; Filed: $121,202.58 Voided: check issued on 02/08/2017 | 7100-000 | | -39,688.13 | 45,641.10 |
| 02/08/2017 | 106 | Medicos Pain & Surgical Specialists, SC | Distribution payment - Dividend paid at 32.75% of $18,067.74; Claim # 3-2; Filed: $18,067.74 | 7100-000 | | 5,916.33 | 39,724.77 |
| 02/08/2017 | 108 | Ambulatory Surgical Care Facility, LLC | Distribution payment - Dividend paid at 32.75% of $121,202.58; Claim # 2-3; Filed: $121,202.58/ Reissued due to unreadable account number | 7100-000 | | 39,688.13 | 36.64 |
| 02/09/2017 | 107 | Deborah Ebner | Distribution payment - Dividend paid at 100.00% of $36.64; Claim # TE; Filed: $36.64/ reissued due to unreadable account number | 2200-000 | | 36.64 | 0.00 |

{ } Asset Reference(s)     UST Form 101-7-TDR ( 10 /1/2010)     ! - transaction has not been cleared

| | | | | | Exhibit 9 |
|---|---|---|---|---|---|
| | | | | | Page: 3 |

# Form 2

## Cash Receipts And Disbursements Record

| Case No.: | 16-08532CAD | | Trustee Name: | Deborah Ebner (330480) |
|---|---|---|---|---|
| Case Name: | TRUJILLO, ELIAS | | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***9773 | | Account #: | ******9500 Checking |
| For Period Ending: | 02/28/2017 | | Blanket Bond (per case limit): | $5,000,000.00 |
| | | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | | Deposit $ | Disbursement $ | Account Balance |
| | | **COLUMN TOTALS** | | | **65,000.00** | **65,000.00** | $0.00 |
| | | Less: Bank Transfers/CDs | | | 0.00 | 0.00 | |
| | | **Subtotal** | | | **65,000.00** | **65,000.00** | |
| | | Less: Payments to Debtors | | | | 0.00 | |
| | | **NET Receipts / Disbursements** | | | **$65,000.00** | **$65,000.00** | |

{ } Asset Reference(s)    UST Form 101-7-TDR ( 10 /1/2010)                ! - transaction has not been cleared

# Form 2

## Cash Receipts And Disbursements Record

Exhibit 9
Page: 4

| | |
|---|---|
| **Case No.:** | 16-08532CAD |
| **Case Name:** | TRUJILLO, ELIAS |
| **Taxpayer ID #:** | **-***9773 |
| **For Period Ending:** | 02/28/2017 |

| | |
|---|---|
| **Trustee Name:** | Deborah Ebner (330480) |
| **Bank Name:** | Rabobank, N.A. |
| **Account #:** | ******9500 Checking |
| **Blanket Bond (per case limit):** | $5,000,000.00 |
| **Separate Bond (if applicable):** | N/A |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---|---|---|
| ******9500 Checking | $65,000.00 | $65,000.00 | $0.00 |
| | **$65,000.00** | **$65,000.00** | **$0.00** |

UST Form 101-7-TDR (10 /1/2010)